UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22369-CIV-ALTONAGA/Goodman

**CHRISTOPHER WINTERS**,

      Plaintiff,
v.

**BCC FOOD HALL LLC**; *et al.*,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Amended Motion for Judicial Approval of the Parties' Settlement Agreement [ECF No. 30], filed September 13, 2019. The parties seek the Court's approval of their proposed Amended Release and Confidential Settlement Agreement [ECF No. 30-2][1] (the "Agreement"), which includes a provision for the award of attorney's fees. Upon review of the record and the parties' documented basis for a settlement of this FLSA case, including an award of attorney's fees and costs to Plaintiff, Christopher Winters' counsel, the Court finds settlement of this action is fair and reasonable.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Amended Motion for Judicial Approval of the Parties' Settlement

---

[1] Where the Court must approve a settlement, the agreement becomes a part of the judicial record, and therefore may not be deemed confidential even if the parties so consent. *See Jessup v. Luther*, 277 F.3d 926, 929–30 (7th Cir. 2002). Accordingly, parties may not submit a settlement agreement under seal or seek to have it reviewed *in camera* unless there is a compelling interest in secrecy. *Id.* at 928. While clause 18 of the Agreement seems to indicate the parties seek to maintain the Agreement's confidentiality (*see* Agreement ¶ 18), the parties did not file the Agreement under seal, so it appears on the public docket.

    Agreement **[ECF No. 30]**, is **GRANTED**.

2. The Amended Release and Confidential Settlement Agreement **[ECF No. 30-2]** between Plaintiff, Christopher Winters, and Defendants, BCC Food Hall LLC and BCC Food Operator LLC, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

4. All pending motions are **DENIED as moot**.

5. The Court retains jurisdiction to enforce the terms of the Amended Release and Confidential Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, this 16th day of September, 2019.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record